# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>**on Criminal Complaint** |
| v. | |
| **BRAULIO RODRIGUEZ**<br>**KARL J. SCHNEIDER**<br>**ERIN L. KMICHIK** | CASE NUMBER 18-mj-1231 |

---

HONORABLE WILLIAM E. DUFFIN, presiding      Court Reporter: FTR Gold
Deputy Clerk: Linda M. Zik      Hearing Began: <u>2:39:36 p.m.</u>
Hearing Held: January 31, 2018 at 2:30 PM      Hearing Ended: <u>2:48:12 p.m.</u>

**Appearances:**
UNITED STATES OF AMERICA by: Christopher Ladwig
BRAULIO RODRIGUEZ, KARL J. SCHNEIDER AND ERIN L. KMICHIK, in person, and by:
 Martin J. Pruhs      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Eileen E. Vodak
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendants advised of rights
☑ Court orders counsel appointed for all three
☑ Defendants advised of charges, penalties, and fines
☑ **Preliminary Hearing/Arraignment and Plea set for February 9, 2018 at 1:30 p.m. for**
**Braulio Rodriguez, 2:00 p.m. for Karl Schneider and 2:30 p.m. for Erin Kmichik**

---

**Maximum Penalties**
Hobbs Act Robbery - 7 armed robberies 18:1951(a)
20 years Imprisonment; $250,000 Fine; 4 years Supervised Release; $100 Special Assessment

Brandish firearm - 18:924(c)
7 years to Life Imprisonment; $250,000 Fine; 5 years Supervised Release; $100 Special Assessment

If convicted on all 18:924(c) counts, the total mandatory minimum term of imprisonment is 157 years.

**BOND:**
GOVERNMENT seeks detention of all three defendants.

DEFENSE COUNSEL states bond issues will be argued when counsel is appointed for all three defendants. At this time there is no objection to detention based upon the presumption.

PRETRIAL SERVICES recommends all three be detained.

**COURT orders all three detained at this time based upon the presumption.**

GOVERNMENT will be presenting this case to the Grand Jury on February 6, 2018. See above for Preliminary Hearing/A&P dates for all three defendants.